UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NECTALI ULISES ROMERO ROMERO,<br><br>Plaintiff,<br><br>v.<br><br>MOISES BECERRA, et al.,<br><br>Defendants. | Case No.  24-cv-04262-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Thomas Hixson for consideration of whether the case is related to 3:20-cv-08031-TSH Romero Romero v. Wolf et al.

**IT IS SO ORDERED.**

Dated: July 19, 2024

LAUREL BEELER
United States Magistrate Judge